■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW THOMAS, Appellant. [64 NYS3d 573]—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Dutchess County (Forman, J.), both imposed January 19, 2016, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Cohen, Roman and Hinds-Radix, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER TURNER, Appellant. [64 NYS3d 574]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Warhit, J.), rendered May 12, 2016, convicting him of attempted robbery in the first degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal (*see People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]) precludes appellate review of his contention that the sentence imposed was excessive (*see People v Seaberg*, 74 NY2d 1, 9 [1989]). Miller, J.P., Duffy, LaSalle and Brathwaite Nelson, JJ., concur.